IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIE MARIE RINESMITH,<br><br>Defendant. | CR 20-111-BLG-SPW<br><br>**ORDER** |

Before the Court is Plaintiff's Unopposed Motion to Reset Arraignment (Doc. 10) and Motion to Quash and Re-Issue Writ (Doc. 11). Good cause appearing,

IT IS HEREBY ORDERED that Motion to Reset Arraignment (Doc. 10) is GRANTED. The arraignment presently set for October 1, 2020, is CONTINUED to **October 15, 2020, at 2:00 p.m.**

IT IS FURTHER ORDERED that Motion to Quash and Re-Issue Writ (Doc. 11) is GRANTED. The Clerk of Court is directed to re-issue the Writ of Habeas Corpus *(Ad Prosequendum)* directing the Sheriff of Yellowstone County Detention Facility and Rod Ostermiller, United States Marshal for the District of Montana, to produce **Carrie Marie Rinesmith** before the Court **via VIDEO from Yellowstone County Detention Facility** at 2:00 p.m. on October 15, 2020, and

**Carrie Marie Rinesmith** is to stay in Federal custody until the conclusion of all proceedings in this case.

**IT IS ORDERED.**

DATED this 28th day of September, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge