IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIE MARIE RINESMITH,<br><br>Defendant. | CR 20-111-BLG-SPW-TJC<br><br>**ORDER VACATING**<br>**DETENTION HEARING** |

Defendant has filed a motion to vacate the detention hearing. (Doc. 37.) Accordingly, IT IS HEREBY ORDERED that the detention hearing currently set for March 22, 2021 at 9:30 a.m. is VACATED.

DATED this 19th day of March, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge